**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NUMBER: 04-42129-H2-13 |
| JOHN CLAYTON BROWN and | § | |
| LINDA MARIE BROWN, | § | (CHAPTER 13) |
| DEBTORS | § | |
| | § | |

**DEBTOR'S OBJECTION TO THE PROOF OF CLAIM**
**FILED BY CITIFINANCIAL MORTGAGE COMPANY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COME the Debtors, **John Clayton Brown and Linda Marie Brown**, submit this Objection to the proof of claim filed by **Citifinancial Mortgage Company**, and in support of this Objection would show the Court as follows:

1.      Debtors filed for relief under Chapter 13 of the United States Bankruptcy Code on August 27, 2004, and thereafter filed their plan of repayment pursuant to Chapter 13 of the United States Bankruptcy Code.  Mr. Daniel E. O'Connell was named as Chapter 13 Trustee in this case.

2.      CitiFinancial Mortgage Company filed its original proof of claim on September 14, 2004.  Within a short time after the claim was filed, Debtor's counsel contacted representatives of the law firm of Barrett, Burke, Wilson, Castle, Daffin & Frappier, counsel for the claimant, and requested a breakdown of the proof of claim and the arrearage.  In late October, an employee of the claimant's counsel law firm promised to obtain the breakdown of the claim.  Despite repeated requests, and promises that the information would be obtained from the claimant, no response to Debtors' requests has been obtained.

3.      Debtors fell into arrears in their post-Petition installment payments to the claimant due to severe injury and surgery experienced by the Debtor, John Clayton Brown, in the

first few weeks of the Chapter 13 cas,  The arrearage resulted in a motion for relief from stay for which an agreed order was negotiated and later entered by this Court.  During such negotiations, Debtors' counsel was assured that the details of the proof of claim would be provided.  In November, Debtors' counsel was advised that the claimant had discovered two payments, received pre-Petition had not been credited in calculating the proof of claim.  Despite this explanation for error, no amendment of the claim has been filed.

4.      Debtors believe that the accurate figure of arrears in the mortgage is not more than $19,500.00 as estimated in their Chapter 13 Plan.  Claimant has filed its proof of claim demanding $23,750.07 as arrearage on the secured proof of claim.  Although representatives of the Claimant's counsel's law firm have several times promised a breakdown of the proof of claim, no explanation or detail has been provided.

6.      Debtors ask this Court to deny approval of the claim for any sum in excess of the Debtor's proposed Plan allotment of $19,500.00.  The additional sums claimed by the Claimant include $2,722.22 of "Corporate Advances" and $1,349.89 of "Expense Advances."  Neither Claimant, nor its counsel have been able to provide any explanation for such "advances" during the past two months.  Furthermore, the Debtor's records reflect a payment of two installments made in July, 2003 which have never been credited to the account.  Debtors and their counsel can not confirm the arrearage without some accounting from the Claimant.

WHEREFORE, PREMISES CONSIDERED, Debtors **John Clayton Brown and Linda Marie Brown,** respectfully pray: that the Court grant hearing upon this Objection to Claim; that upon hearing the Claimant's proof of claim be allowed in the sum of $19,500.00 only, and that the balance of the Claimant's arrearage demand be disallowed in its entirety; and that Debtors have such further relief as may be just.

Respectfully submitted,

by:  /s/  Christian M. Sternat
    Christian M. Sternat
    Attorney at Law
    TBA #19175730
    ADM #4940
    2190 North Loop West, Suite 101
    Houston, Texas 77018
    Tel: (713) 686-6961
    Fax: (713) 686-2140

    ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I, Christian M. Sternat, hereby certify that a true and correct copy of the above and foregoing **Debtor's Response to Motion for Relief from Stay of Citifinancial Mortgage Company** was sent by regular mail, and by telephone facsimile on this the  15th  day of December, 2004, to the following:

| | |
|---|---|
| Mr. Daniel E. O'Connell | Mr. Richard Simmons |
| Chapter 13 Trustee | United States Trustee |
| P. O. Box 13 | 515 Rusk, Third Floor |
| La Porte,  Texas 77572-0013 | Houston, Texas 77002 |

Ms. Mary Daffin
Barret, Burke, Wilson, Castle,
Daffin & Frappier, LLP
1900 St. James Place, Suite 500
Houston, Texas 77056
Fax: (713) 621-8583

    /s/  Christian M. Sternat
    Christian M. Sternat

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE:                                          §
                                                §   CASE NUMBER: 04-42129-H2-13
JOHN CLAYTON BROWN and         §
LINDA MARIE BROWN,                    §              (CHAPTER 13)
                        DEBTORS       §
                                                §

**ORDER FOR PARTIAL ALLOWANCE OF PROOF OF CLAIM
FILED BY CITIFINANCIAL MORTGAGE COMPANY**

CAME ON FOR CONSIDERATION, the objection of Debtors, **John Clayton Brown**

**and Linda Marie Brown**, objecting to the allowance of claim filed by CitiFinancial Mortgage

Company, and after consideration of the motion, responses thereto, opportunity for hearing and

argument of counsel, it is:

ORDERED that the Claim of CitiFinancial Mortgage Company is allowed in the sum of

$_____ for total amount of claim and in the sum of $_____

arrearage to be cured under the terms of the Debtos' Chapter 13 Plan.

SIGNED this the _____ day of _____, 200_____.

_____
Honorable United States Bankruptcy Judge

APPROVED BY:


 /s/  Christian M. Sternat
Christian M. Sternat
Attorney at Law
TBA #19175730
2190 North Loop West, Suite 101
Houston, Texas 77018
Tel: (713) 686-6961
Fax: (713) 686-2140

ATTORNEY IN CHARGE FOR DEBTORS