Barrett Burke Wilson Castle Daffin & Frappier, L.L.P.   BBWCDF# 20040156200778
1900 St. James Place, 5th Floor, Suite 500
Houston, Texas  77056
(713) 693-2000

Attorney for CITIFINANCIAL MORTGAGE COMPANY, INC.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 04-42129-H2-13 |
| | § | |
| JOHN CLAYTON BROWN AND LINDA MARIE BROWN | § § | CHAPTER 13 |
| Debtors | § § § | |

**RESPONSE OF CITIFINANCIAL MORTGAGE COMPANY, INC.
TO DEBTORS' OBJECTION TO PROOF OF CLAIM**

TO THE HONORABLE BANKRUPTCY JUDGE WESLEY W STEEN:

COMES NOW Movant, CITIFINANCIAL MORTGAGE COMPANY, INC., (hereafter "CITIFINANCIAL") a secured creditor in the above referenced Bankruptcy Case and files this its Response in opposition to Debtors' Objection to Proof of Claim (hereafter "Debtors' Objection") and shows the Court as follows:

1. CITIFINANCIAL admits the allegations contained in Paragraph One (1) of Debtors' Objection.

2. CITIFINANCIAL admits the allegations contained in Sentence One (1) of Paragraph Two (2) of Debtors' Objection. However, CITIFINANCIAL denies the remaining allegations contained in this paragraph.

3. CITIFINANCIAL admits the allegations contained in Sentence Two (2) of Paragraph Three (3) of Debtors' Objection.

However, CITIFINANCIAL has insufficient information to either admit or deny the remaining allegations contained in this paragraph.

4. CITIFINANCIAL has insufficient information to either admit or deny the allegations contained in Sentence One (1) of Paragraph Four (4) of Debtors' Objection. CITIFINANCIAL admits the allegations contained in Sentence Two of Paragraph (4) of Debtors' Objection. However, CITIFINANCIAL denies the remaining allegations contained in this paragraph.

5. Sentence One (1) of the paragraph numbered Six (6) of Debtors' Objection sets forth the relief requested and thus, no response is required. CITIFINANCIAL admits the allegations contained in Sentence Two (2) of the paragraph numbered Six (6) of Debtors' Objection. However, CITIFINANCIAL has insufficient information to either admit or deny the remaining allegations contained in this paragraph.

WHEREFORE, PREMISES CONSIDERED, CITIFINANCIAL MORTGAGE COMPANY, INC., prays that this Court deny Debtors' Objection and for any and such further relief to which CITIFINANCIAL MORTGAGE COMPANY, INC. may be justly entitled.

Respectfully submitted,

BARRETT BURKE WILSON CASTLE
DAFFIN & FRAPPIER, L.L.P.

_____
/S/ YVONNE KNESEK
TBA# 11591800
1900 St. James Place
Suite 500
Houston, Texas  77056
Phone:  (713) 621-8673
Fax: (713) 621-8583
Email:   SDECF@BBWCDF.COM
ATTORNEYS FOR MOVANT

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Response to Debtors' Objection was served on the date that the Response to Debtors' Objection was electronically filed. Service was accomplished in the manner indicated below:

```
                                 _____
                                 /S/ YVONNE KNESEK
                                 Attorneys for Movant
```

BY REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

Debtors:            JOHN CLAYTON BROWN AND LINDA MARIE BROWN
                    16511 EDGEFIELD LANE
                    CONROE, TX 77302

Trustee:            DANIEL O'CONNELL
                    P. O. BOX 13
                    LAPORTE, TX 775720013

Debtors'
Attorney:           CHRISTIAN M. STERNAT
                    2190 N. LOOP WEST, SUITE 101
                    HOUSTON, TX 77018